UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

LAUREEN OLSON                          CIVIL ACTION NO. 19-cv-0645

VERSUS                                 JUDGE JUNEAU

KENNETH SCHNAUDER ET AL                MAGISTRATE JUDGE
                                       WHITEHURST

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss [Doc. 11] filed by the defendants is GRANTED on grounds the plaintiff fails to state a cause of action for which relief can be granted, and all claims are DISMISSED WITH PREJUDICE. This Court makes no findings on the other grounds urged by the defendants for dismissal, as the Court concludes the plaintiff has not satisfied the statutory, mandatory procedural requirements of the LMMA.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 17th day of March, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE